Honorable J. Kelley Arnold

1

2

3

4

5

6

7            UNITED STATED DISTRICT COURT

8        WESTERN DISTRICT OF WASHINGTON, AT TACOMA

9

IBEW 76 HEALTH & WELFARE TRUST OF
SOUTHWEST WASHINGTON, IBEW 76
ANNUITY PLAN, JOINT APPRENTICESHIP
TRAINING COMMITTEE, IBEW PACIFIC
COAST PENSION FUND and NATIONAL
ELECTRICAL BENEFIT FUND,

                 Plaintiffs,

vs.

EVERGREEN PACIFIC COMPANY, INC.,
a Washington corporation

                 Defendant.

**CAUSE NO.**: MS04-5030

NOTICE AND ORDER OF
VOLUNTARY DISMISSAL OF
SUPPLEMENTAL PROCEEDING
WITHOUT PREJUDICE

10

11

12

13

14

15

16

17   TO:   CLERK OF THE COURT

18      **NOTICE IS HEREBY GIVEN** that Plaintiffs IBEW 76 Health & Welfare Trust of

19   Southwest Washington, IBEW 76 Annuity Plan, Joint Apprenticeship Training Committee,

20   IBEW Pacific Coast Pension Fund and National Electrical Benefit Fund voluntarily dismiss the

21   above-entitled supplemental action against Defendant Evergreen Pacific Company, Inc., a

22   Washington corporation.

23   / / /

24   / / /

25   / / /

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL
PROCEEDINGS - CASE NO. MS04-5030
PAGE 1 OF 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1

## ORDER

2      **IT IS HEREBY ORDERED** that the above-entitled action against Defendants

3   Evergreen Pacific Company, Inc., a Washington corporation, shall be and hereby is dismissed.

4      DATED this 6th day of October, 2005.

5

6

7                                    */s/ J. Kelley Arnold*

8                                    U.S. District Court Magistrate Judge

9

10  Presented by:

11  s/Robert A. Bohrer

12  WSBA #5050
    Ekman, Bohrer & Thulin, P.S.
    220 W. Mercer, Ste. 400
13  Seattle, WA  98119
    Telephone: (206) 282-8221
14  Fax: (206) 285-4587
    E-mail: r.bohrer@ekmanbohrer.com
15  Attorney for Plaintiffs

16

17

18

19

20

21

22

23

24

    S:\Collections\IBEW76-3376\Pleadings\2005\Evergreen Pac 3376 USDC2 Dismissal.doc
25

---

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL
PROCEEDINGS - CASE NO. MS04-5030
PAGE 2 OF 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587